AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Hugo L. Orantes

SUMMONS IN A CIVIL CASE

V.

Central Parking System of Virginia, Inc.

CASE NUMBER 1:06CV00899

JUDGE: Emmet G. Sullivan

DECK TYPE: Labor/ERISA (non-employn

DATE STAMP: 05/11/2006

TO: (Name and address of Defendant)

Central Parking System of Virginia, Inc.
Corporate Service Company, Registered Agent
1090 Vermont Avenue, N.W.
Washington, D.C. 2005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nils Peterson
2009 N. 14th Street, Suite 708
Arlington, VA  22201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                MAY 1 1 2006
CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5-19-06 @ 1:56 PM |
| NAME OF SERVER (PRINT) Robert Sweetland | TITLE PPS |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sub-Served Renee Rice, Team Leader

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/22/2006    *Robert Sweetland*
         Date               Signature of Server

PO Box 523078, Springfield, VA 22152
Address of Server

**RECEIVED**
MAY 23 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.