**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HUGO L. ORANTES, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:06-CV-00899-EGS |
| ) | |
| CENTRAL PARKING SYSTEM OF ) | |
| VIRGINIA, INC. ) | |
| d/b/a CENTRAL PARKING SYSTEM, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE UNDER LCvR 7.1

We, the undersigned, counsel of record for Defendant, Central Parking System Of Virginia, Inc. ("Central"), certify that to the best of our knowledge and belief, the following are parent companies, subsidiaries or affiliates of Central which have any outstanding securities in the hands of the public: Central Parking Corporation.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

CENTRAL PARKING SYSTEM OF
VIRGINIA, INC.


By: /s/ David M. Burns
David M. Burns, Bar # 466167
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006-4004
(202) 463-2400
(202) 828-5393 (facsimile)

Dated: June 15, 2006                    Attorneys for Defendant

DC1 30168279.1