**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| HUGO L. ORANTES, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 1:06-CV-00899-EGS |
| | ) | |
| CENTRAL PARKING SYSTEM OF | ) | |
| VIRGINIA, INC. | ) | |
| d/b/a CENTRAL PARKING SYSTEM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## THE PARTIES' JOINTLY PROPOSED SCHEDULING ORDER

Upon consideration of the Joint Local Rule 16.3 Report, the Court hereby adopts the following schedule for this proceeding.  The dates set forth herein will not be changed absent good cause shown.

| | |
|---|---|
| Initial Disclosures | Not required |
| Amendment of Pleadings | August 31, 2006 |
| Plaintiff's Rule 26(a)(2) Expert Disclosures | September 6, 2006 |
| Defendant's Rule 26(a)(2) Expert Disclosures | October 6, 2006 |
| Close of Fact Discovery | December 14, 2006 |
| Close of Expert Discovery | December 14, 2006 |
| Dispositive Motions | January 15, 2007 |
| Pretrial Conference | 60 days after the Court's ruling on dispositive motions; if no dispositive motions are filed, 90 days after the close of discovery |
| Trial | To be set at the pretrial conference |

SO ORDERED.

_____                    _____
Date                                     Emmet G. Sullivan
                                         United States District Court Judge


Copies to:

Nils G. Peterson
nilspeterson@aol.com

David M. Burns
dburns@seyfarth.com