IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUGO L. ORANTES, ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:06-CV-00899-EGS |
| ) | |
| CENTRAL PARKING SYSTEM OF ) | |
| VIRGINIA, INC. ) | |
| d/b/a CENTRAL PARKING SYSTEM, ) | |
| ) | |
|     Defendant. ) | |
| ) | |

## JOINT STATUS REPORT

Pursuant to the Court's August 4, 2006 Order, the undersigned have conferred regarding rescheduling the Initial Scheduling Conference/Status Hearing. The following are two mutually convenient dates and times for the Initial Scheduling Conference:

    September 12, 2006 at any time; and

    September 19, 2006 at any time.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| HUGO L. ORANTES | CENTRAL PARKING SYSTEM OF VIRGINIA, INC. |
| By:    /s/ | By    /s/ |
| Nils G. Peterson, Bar No. 295261 | David M. Burns, Bar No. 466167 |
| 2009 North 14th Street, NW | SEYFARTH SHAW LLP |
| Suite 708 | 815 Connecticut Avenue, N.W., Suite 500 |
| Arlington, VA 22201 | Washington, DC 20006 |
| 703-527-9900 | 202-463-2400 |
| 703-522-1250 (facsimile) | 202-828-5393 (facsimile) |
| Attorney for Plaintiff | Attorneys for Defendant |
| Dated: August 4, 2006 | Dated: August 4, 2006 |