UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HUGO L. ORANTES, | ) |
|  | ) |
| Plaintiff, | ) |
| v. | ) |
|  | ) Civil Action No. 06-899 (EGS) |
| CENTRAL PARKING SYSTEM OF | ) |
| VIRGINIA, INC., | ) |
|  | ) |
| Defendant. | ) |

### ORDER

Upon consideration of the representations of Magistrate Judge Facciola that a settlement has been reached between the parties in this case, it is hereby

**ORDERED** that this case shall be removed from the active calendar of the Court; and it is

**FURTHER ORDERED** that within thirty (30) days from the date of this Order, a praecipe shall be filed with the Court informing the Court that this case is settled and dismissed with prejudice; and it is

**FURTHER ORDERED** that in the unlikely event a settlement is not reached, the parties are instructed to contact the Court to reinstate the matter to the active calendar.

**SO ORDERED.**

**Signed by:    EMMET G. SULLIVAN**
**              UNITED STATES DISTRICT JUDGE**
**              January 23, 2007**

1