ATTACHMENT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUGO L. ORANTES, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CENTRAL PARKING SYSTEM OF )<br>VIRGINIA, INC. )<br>d/b/a CENTRAL PARKING SYSTEM, )<br>)<br>Defendant. )<br>_____) | Case No. 1:06-CV-00899-EGS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Hugo L. Orantes and Defendant Central Parking System of Virginia, Inc., by their undersigned counsel and pursuant to the full and final settlement agreement of the parties that has been approved by Magistrate Facciola ███████, stipulate to dismiss, on the merits and with prejudice, the above-captioned action pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

HUGO L. ORANTES

By: /s/ Nils Peterson
Nils G. Peterson, Bar No. 295261
2009 North 14th Street, NW
Suite 708
Arlington, VA 22201
703-527-9900
703-522-1250 (facsimile)

Attorney for Plaintiff

Dated: 1/23, 2007

Respectfully Submitted,

CENTRAL PARKING SYSTEM OF
VIRGINIA, INC.

By /s/
David M. Burns, Bar No. 466167
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20006
202-463-2400
202-828-5393 (facsimile)

Attorneys for Defendant

Dated: February 22, 2007